UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE CARTMILL, an individual; SAN DIEGO ANIMAL ADVOCATES, a California 501(c)(3) Corp., <br><br> Plaintiffs, <br><br> v. <br><br> SEA WORLD, INC., dba Sea World Adventure Parks, a Delaware corporation; SAN DIEGO POLICE DEPT.; OFFICER S. MARKLAND; OFFICER M. FISH; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 10-CV-0361 CAB (DHB) <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS CASE** <br> [Doc. No. 154] <br><br> District Judge: Hon. Cathy A. Bencivengo <br><br> Complaint filed: March 4, 2010 |

The remaining parties in this case, Plaintiffs Jane Cartmill and San Diego Animal Advocates and Defendants, City of San Diego, Steven Markland and Michael Fish, have reached a settlement in the above-captioned case. Good cause appearing, the parties' joint motion for dismissal of this action in its entirety and with prejudice is **GRANTED**. The remaining parties are to bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

Dated: November 12, 2015

_____
Hon. Cathy Ann Bencivengo
United States District Judge

1